# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139124

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MOSES RABBIT KIRSCHKE,
      Defendant-Appellant.
_____/

SC: 139124
COA: 289549
St. Clair CC: 06-000258-FC

On order of the Court, the application for leave to appeal the May 5, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

                    Clerk

s1214